ELM FRUIT & VEGETABLE MARKET, INC., and Others, Respondents, v. JOSEPH DEFEO, Appellant.— Order restraining defendant reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The contract upon which plaintiffs sued is vague and indefinite in failing to name a specific area in which defendant was not to be employed. Furthermore, defendant's services were not of that character classified as unique, nor is the proof satisfactory that there were trade secrets which defendant might divulge. (See *Corpin* v. *Wheatley*, 227 App. Div. 212; *Clark Paper & Mfg. Co.* v. *Stenacher*, 236 N. Y. 312.) Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

ERNES REALTY CORPORATION, Plaintiff, v. JACOB BRENNER and Others, Defendants. HYMAN DERKATCH, Tenant, Appellant; BERNARD BESDINE, as Receiver of Rents and Profits in Above-Entitled Action, Respondents.*— Order denying motion to open default, to vacate and set aside, as to appellant, the direction for attornment, and to direct the return of $315, reversed on the law and the facts, with ten dollars costs and disbursements, and matter remitted to the Special Term to take proof as to the *bona fides* of the alleged payment of a year's rent beginning July 1, 1932, by the tenant to his landlord. If the payment was made and in good faith, the tenant is entitled to a refund of the rents paid to the receiver. Lazansky, P. J., Young, Hagarty and Davis, JJ., concur; Tompkins, J., dissents and votes to affirm.

HELENA D. K. HULST, Respondent, v. LEOPOLDO MARESCA and Others, Defendants, Impleaded with FRANCESCO MAGGIO, Also Known as FRANK MAGGIO, and SANTO MAGGIO, Appellants.— Order denying motion to vacate the referee's report of sale reversed on the law and motion granted, without costs. Under the provisions of section 1019-a of the Greater New York Charter, the balance of the assessment in question consisting of installments not due at the time of the sale was not then a lien upon the property and the allowance thereof by the referee was improper. Appeal from order denying motion for reargument dismissed, without costs. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Lands, Tenements and Hereditaments Required for the Purpose of Opening and Extending Surf Avenue from West Fifth Street to West Thirty-seventh Street, in the Borough of Brooklyn, City of New York. SOUTH BROOKLYN RAILWAY COMPANY, Appellant; CHARLES W. BERRY, as Comptroller of The City of New York, Respondent.†— Order denying motion to direct the comptroller to pay additional interest affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Tompkins and Davis, JJ., concur; Lazansky, P. J., and Scudder, J., dissent and vote for reversal.

---

* Motion to dismiss appeal denied, 262 N. Y. 518.     † Affd., 262 N. Y. 652.